THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| P.R.T., | : |
|       Plaintiff, | : Case No.: 5:24-cv-00424-CHW |
| v. | : |
| | : Social Security Appeal |
| COMMISSIONER OF SOCIAL SECURITY, | : |
|       Defendant. | : |

**ORDER**

The Commissioner of Social Security has moved, under sentence four of 42 U.S.C. § 405(g),[1] for entry of judgment to remand the case for further administrative action. (Doc. 13). In light of that request, which the Plaintiff does not oppose, the Court hereby **REVERSES** and **REMANDS** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g). *See Shalala v. Schafer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). On remand, the Commissioner, through an administrative law judge, will afford Plaintiff an opportunity for an additional hearing and issue a new decision.

The Clerk of Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED**, this 8th day of April, 2025.

s/ Charles H. Weigle<br>
Charles H. Weigle<br>
United States Magistrate Judge

---

[1] Sentence four of § 405(g) provides: "The court shall have power to enter, upon the pleadings, and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g).