### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | | |
|---|---|---|
| **P.R.T.**, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:24-cv-00424-CHW |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY** | : | Social Security Appeal |
| | : | |
| | : | |
| Defendant. | : | |

## ORDER

In a prior Order, the Court granted the Commissioner's unopposed motion to remand (Doc. 13) and remanded this case pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 14). Now pending before the Court is Plaintiff's motion for an award of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Doc. 16).

Plaintiff requests attorney's fees, in the amount of $6703.13 for 26.2 hours expended in litigating this case. (Docs. 16-1, 16-2). The Commissioner has not opposed Plaintiff's request, the requested hours appear to be within a reasonable range, and Plaintiff's fee calculations appear to comport with the Court's formula established in *Hartage v. Astrue*, No. 4:09-cv-48, 2011 WL 1123401 (M.D. Ga. 2011).

Plaintiff's motion (Doc. 16) is **GRANTED**. It is hereby **ORDERED** that Plaintiff is awarded **$6,703.13** in attorney's fees under the EAJA. The fee award should be made payable to Plaintiff directly. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). If, however, the United States Department of the Treasury determines that Plaintiff does not owe a federal

debt, the Commissioner may accept Plaintiff's assignment of EAJA attorney's fees (Doc. 16-4) and pay the awarded fees directly to Plaintiff's counsel.

**SO ORDERED**, this 22nd day of May, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge
