IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PIERRE RAMON TRIPP, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00424-CHW |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to the Order of this Court filed May 22, 2025, and for the reasons stated therein,

JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $6,703.13.

This 22nd day of May, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk